UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON, | No. 2:18-cv-0217 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CMF, | |
| Defendant. | |

Plaintiff is housed at the Atascadero State Hospital. He seeks relief pursuant to 42 U.S.C. § 1983. On February 22, 2018, the undersigned recommended that this action be dismissed. On March 12, 2018, plaintiff, who now claims he is a federal judge, filed a motion for the court to provide him with particular law books, ostensibly because "a judge-lawyer has the right to remain abreast of the law." (ECF No. 15 at 2.) Plaintiff is advised that the court does not provide law books to litigants. In an abundance of caution, plaintiff is granted an extension of time in which to file objections to the pending findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 15) is denied; and

////

////

////

2. Plaintiff is granted fourteen days from the date of this order in which to file objections to the February 22, 2018 findings and recommendations.

Dated: March 21, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

over0217.36